```
 1 | LAWRENCE G. BROWN
   | United States Attorney
 2 | KAREN A. ESCOBAR
   | MARLON COBAR
 3 | Assistant U.S. Attorneys
   | 2500 Tulare Street
 4 | Fresno, California 93721
   | Telephone: (559) 497-4000
 5 |
 6 |         IN THE UNITED STATES DISTRICT COURT FOR THE
 7 |                EASTERN DISTRICT OF CALIFORNIA
 8 |
 9 | UNITED STATES OF AMERICA,  )  1:09MJ00201 SMS
   |                            )
10 |      Plaintiff,             )
   |                            )
11 |      v.                     )  APPLICATION TO UNSEAL CRIMINAL
   |                            )  COMPLAINT AND ARREST WARRANT AND
12 |                            )  PROPOSED ORDER
   | SALVADOR GUTIERREZ MACHUCA, )
13 |                            )
   |      Defendant.             )
14 | _____)
```



FILED
AUG 1 9 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

The United States of America hereby applies to this Court for an order unsealing the arrest warrant and criminal complaint in the above-captioned proceedings.

This motion is based on the fact that the defendant in this matter was arrested on the criminal complaint.

Dated: August 19, 2009                Respectfully submitted,

                                      LAWRENCE G. BROWN
                                      United States Attorney

                                 By:  /s/ Karen A. Escobar
                                      KAREN A. ESCOBAR
                                      Assistant U.S. Attorney

So ordered.

DATED: 8/19/09

                                      _____
                                      SANDRA M. SNYDER
                                      U.S. Magistrate Judge

1