(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON #192207**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
wilson@nuttallcoleman.com

ATTORNEYS FOR DEFENDANT
**SALVADOR GUTIERREZ MACHUCA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATE OF AMERICA,** | Case No.: **1:09CR0339 OWW** |
| Plaintiff, | |
| v. | **AMENDED STIPULATION RE: CONTINUANCE OF SENTENCING** |
| **SALVADOR GUTIERREZ MACHUCA,** | and |
| Defendant. | **ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for January 24, 2011, at 1:30 p.m. be continued to **February 7, 2011, at 1:30 p.m.** before the Honorable OLIVER W. WANGER.

This request is based upon the fact that counsel needs additional time for preparation of further pleadings which shall be filed with the Court during the week of January 31, 2011.

Counsel's staff has been in touch with Ms. Karen Escobar of the United States Attorney's Office, who has no objection to such a continuance.

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

\\\\

\\\\

\\\\

DATED: January 14, 2011.        Respectfully submitted.

                                    NUTTALL & COLEMAN

                           BY:   /s/ Roger D. Wilson
                                  ROGER D. WILSON
                                  Attorneys for Defendant
                                  SALVADOR GUTIERREZ MACHUCA

DATED: January 14, 2011.

                           BY:   /s/ Karen Escobar
                                  KAREN ESCOBAR
                                  Assistant United States Attorney

                             ***************

## **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing currently scheduled for January 24, 2011, at 1:30 p.m. is continued to **February 7, 2011, at 1:30 p.m.**

IT IS SO ORDERED.

    Dated:   **January 18, 2011**                **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE