(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON #192207**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
wilson@nuttallcoleman.com

ATTORNEYS FOR DEFENDANT
**SALVADOR GUTIERREZ MACHUCA**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No.: **1:09CR0339 OWW** |
| Plaintiff, | |
| v. | **STIPULATION RE:**
**CONTINUANCE OF SENTENCING** |
| SALVADOR GUTIERREZ MACHUCA, | and |
| Defendant. | **ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for February 7, 2011, at 1:30 p.m. be continued to **March 14, 2011, at 1:30 p.m.** before the Honorable OLIVER W. WANGER.

This request is based upon the fact that counsel needs additional time for preparation of further pleadings which shall be filed with the Court during the week of February 28, 2011. Further, this request is made because the United States Attorney's agent who is seeking additional information from the Defendant had been unavailable.

Counsel's staff has been in touch with Ms. Karen Escobar of the United States Attorney's Office, who has no objection to such a continuance.

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

\\\\

DATED: January 31, 2011.          Respectfully submitted.

                                 NUTTALL & COLEMAN

                        BY:   /s/ Roger D. Wilson
                                ROGER D. WILSON
                                Attorneys for Defendant
                                SALVADOR GUTIERREZ MACHUCA

DATED: January 31, 2011.

                        BY:   /s/ Karen Escobar
                                KAREN ESCOBAR
                                Assistant United States Attorney

                             ***************

# **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing currently scheduled for February 7, 2011, at 1:30 p.m. is continued to **March 14, 2011, at 1:30 p.m.**

IT IS SO ORDERED.

   Dated:   **February 1, 2011**          **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE