(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON #192207**
**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
wilson@nuttallcoleman.com

ATTORNEYS FOR DEFENDANT
**SALVADOR GUTIERREZ MACHUCA**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALVADOR GUTIERREZ MACHUCA,<br><br>Defendant. | Case No.: **1:09-CR-00339 OWW**<br><br>**STIPULATION RE:**<br>**CONTINUANCE OF SENTENCING**<br><br>and<br><br>**ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for March 14, 2011, at 1:30 p.m. be continued to **May 2, 2011, at 1:30 p.m.** before the Honorable OLIVER W. WANGER.

This request is based upon the fact that counsel needs additional time for preparation of further pleadings which shall be filed with the Court during the week of April 25, 2011.

Counsel's staff has been in touch with Ms. Karen Escobar of the United States Attorney's Office, who has no objection to such a continuance.

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

\\\\

\\\\

\\\\

DATED: March 7, 2011.					Respectfully submitted.

                                              NUTTALL COLEMAN & WILSON

                               BY:    /s/ Roger D. Wilson
                                    ROGER D. WILSON
                                    Attorneys for Defendant
                                    SALVADOR GUTIERREZ MACHUCA

DATED: March 7, 2011.

                              BY:    /s/ Karen Escobar
                                   KAREN ESCOBAR
                                   Assistant United States Attorney

                                  ***************

## **O R D E R**

Good cause appearing,

The Sentencing Hearing currently scheduled for March 14, 2011, at 1:30 p.m. is continued to **May 2, 2011, at 1:30 p.m.**

IT IS SO ORDERED.

Dated:   **March 8, 2011**			       **/s/ Oliver W. Wanger**
                                                            UNITED STATES DISTRICT JUDGE