```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  1:09-CR-00339 OWW
                                   )
12                                 )
                Plaintiff,         )
13                                 )
         v.                        )  STIPULATION AND
14                                 )  ORDER RE: CONTINUANCE
                                   )
15                                 )
    SALVADOR GUTIERREZ-MACHUCA,    )
16                                 )
                                   )
17                                 )
                Defendant.         )
18  _____)
```

Defendant SALVADOR GUTIERREZ-MACHUCA, by and through his attorney, ROGER WILSON, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the May 2, 2011, sentencing hearing, set in this matter, and reset the matter for May 23, 2011, at 9:00 a.m.

2. The parties stipulate that the continuance is necessary due to the unavailability of counsel for the government, who will

1

```
be on sick leave.
DATED: April 7, 2011                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                        Assistant U.S. Attorney

                                        /s/ Roger Wilson
                                        ROGER WILSON
                                        Attorney for Defendant
                                        SALVADOR GUTIERREZ-MACHUCA
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of May 2, 2011, is hereby vacated in this matter and is reset for May 23, 2011, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   April 8, 2011**                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE

2