(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON #192207**
**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
wilson@nuttallcoleman.com

ATTORNEYS FOR DEFENDANT
**SALVADOR GUTIERREZ MACHUCA**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATE OF AMERICA,** | Case No.: **1:09CR0339 OWW** |
| Plaintiff, | |
| v. | **STIPULATION RE:** **CONTINUANCE OF SENTENCING** |
| **SALVADOR GUTIERREZ MACHUCA,** | and |
| Defendant. | **ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for May 23, 2011, at 1:30 p.m. be continued to **June 27, 2011, at 1:30 p.m.** before the Honorable OLIVER W. WANGER.

This request is based upon the fact that counsel for Mr. Machuca and the Government need additional time to resolve issues related to Section 5K1.1.

Assistant United States Attorney Escobar was unavailable for a period of time, so the sentencing was continued in part to accommodate her absence. Mr. Machuca's counsel contacted Ms. Escobar on May 12, 2011, to ascertain her return to service. Ms. Escobar reported she was returning the week of May 16, 2011. On May 16, 2011, Counsel and Ms. Escobar agreed to continue the sentencing to permit Mr. Machuca an opportunity to qualify for 5K1.1 consideration.

Counsel's staff has been in touch with Ms. Karen Escobar of the United States

Attorney's Office, who has no objection to such a continuance.

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: May 19, 2011.                    Respectfully submitted.

NUTTALL COLEMAN & WILSON

BY:   /s/ Roger D. Wilson
ROGER D. WILSON
Attorneys for Defendant
SALVADOR GUTIERREZ MACHUCA

DATED: May 19, 2011.

BY:   /s/ Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney

## **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing currently scheduled for May 23, 2011, at 1:30 p.m. is continued to **June 27, 2011, at 1:30 p.m.**

IT IS SO ORDERED.

Dated:   **May 19, 2011**                    **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE