```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CR-00339 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND |
| ) | ORDER RE: CONTINUANCE |
| ) | |
| SALVADOR GUTIERREZ-MACHUCA, ) | |
| ) | |
| Defendant. ) | |

Defendant SALVADOR GUTIERREZ-MACHUCA, by and through his attorney, ROGER WILSON, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matter agree to vacate the June 27, 2011, sentencing hearing, set in this matter, and reset the matter for August 1, 2011, at 9:00 a.m.

2.  The parties stipulate that the continuance is necessary to explore issues pertinent to sentencing.

1

```
DATED: June 23, 2011                         Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                                             By: /s/ Karen A. Escobar
                                                KAREN A. ESCOBAR
                                             Assistant U.S. Attorney

                                              /s/ Roger Wilson
                                             ROGER WILSON
                                             Attorney for Defendant
                                             SALVADOR GUTIERREZ-MACHUCA
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of June 27, 2011, is hereby vacated in this matter and is reset for August 1, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

**Dated:   June 27, 2011**            /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

2