(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON #192207**
**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
wilson@nuttallcoleman.com

ATTORNEYS FOR DEFENDANT
**SALVADOR GUTIERREZ MACHUCA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATE OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**SALVADOR GUTIERREZ MACHUCA,**<br><br>Defendant. | Case No.: **1:09CR0339 OWW**<br><br>**NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER THEREON**<br><br>**(U.S.D.C. LOCAL RULES 141)** |

**TO:   THE HONORABLE OLIVER W. WANGER, UNITED STATES DISTRICT COURT JUDGE AND TO THE UNITED STATES ATTORNEY'S OFFICE, BY AND THROUGH ITS REPRESENTATIVE KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY, AND TO UNITED STATES PROBATION OFFICER ROSS MICHELI:**

Defendant SALVADOR GUTIERREZ MACHUCA ("MACHUCA"), by and through his counsel, Roger D. Wilson of Nuttall Coleman & Wilson, hereby request that the Sentencing Memorandum be filed <u>under seal</u> with the Court.

The reason for this request is the circumstances attendant to the Plea Agreement with the Government with regard to Section 5K1.1 and the prospective benefits to the Defendant. The Sentencing Memorandum should remain confidential based upon the very sensitive issues which exist attendant to this co-defendant case.  It is for this reason that counsel requests that the Sentencing Memorandum be filed under seal.

1
NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

The names permitted to have access to this document shall be the Office of the United States Attorney, as well as the United States Probation Office.

DATED: July 25, 2011            Respectfully submitted.

NUTTALL COLEMAN & WILSON

BY:  /s/ Roger D. Wilson
ROGER D. WILSON
Attorneys for Defendant
SALVADOR GUTIERREZ MACHUCA

***************

# **O R D E R**

Good cause appearing,

**IT IS SO ORDERED** that the Sentencing documents be filed under seal.

DATED: July 27, 2011.

_/s/ OLIVER W. WANGER__
OLIVER W. WANGER
Judge, United States District Court

PDF created with pdfFactory trial version www.pdffactory.com