```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SALVADOR GUTIERREZ-MACHUCA,<br><br>            Defendant. | 1:09-CR-339 OWW<br><br>STIPULATION AND<br>ORDER RE: CONTINUANCE |

Defendant SALVADOR GUTIERREZ-MACHUCA, by and through his attorney, ROGER WILSON, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.  The parties to the above-captioned matter agree to vacate the September 26, 2011, sentencing hearing, set in this matter, and reset the matter for December 2, 2011, at 9:00 a.m.

    2.  The parties stipulate that the continuance is necessary to effectuate the terms of the plea agreement.

1

```
DATED: September 22, 2011                Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Karen A. Escobar
                                            KAREN A. ESCOBAR
                                         Assistant U.S. Attorney

                                         /s/ Roger Wilson
                                         ROGER WILSON
                                         Attorney for Defendant
                                         SALVADOR GUTIERREZ-MACHUCA
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of September 26, 2011, is hereby vacated in this matter and is reset for December 2, 2011, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   September 22, 2011**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

2