```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>              Plaintiff, )<br>)<br>    v.                    )<br>)<br>                          )<br>)<br>SALVADOR GUTIERREZ-MACHUCA, )<br>)<br>)<br>              Defendant.  )<br>_____) | 1:09-CR-339 LJO<br><br>STIPULATION AND PROPOSED<br>ORDER RE: CONTINUANCE |

Defendant SALVADOR GUTIERREZ-MACHUCA, by and through his attorney, ROGER WILSON, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.   The parties to the above-captioned matter agree to vacate the March 12, 2012, sentencing hearing, set in this matter, and reset the matter for June 4, 2012, at 8:30 a.m.

1

2.  The parties stipulate that the continuance is necessary to effectuate the terms of the plea agreement.

DATED: March 8, 2012                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

                                        /s/ Roger Wilson
                                        ROGER WILSON
                                        Attorney for Defendant
                                        SALVADOR GUTIERREZ-MACHUCA

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of March 12, 2012, is hereby vacated in this matter and is reset for June 4, 2012, at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   March 8, 2012**               /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE